UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AOP ORPHAN PHARMACEUTICALS AG,<br>    Plaintiff,<br><br>    v.<br><br>PHARMAESSENTIA CORPORATION,<br>    Defendant. | C.A. No. 20-12066-MLW |

MEMORANDUM AND ORDER

WOLF, D.J.                                                          March 21, 2022

For the reasons described at the hearing by videoconference on March 15, 2022, and reflected in the excerpt of that hearing attached hereto as Exhibit 1, in view of the German Federal Court of Justice's December 9, 2021 Ruling in <u>PharmaEssentia Corporation ("PEC") v. AOP Orphan Pharmaceuticals AG ("AOP")</u>, I ZB 21/21, among other things, it is hereby ORDERED that:

1. AOP's Petition for Recognition and Enforcement of Foreign Arbitral Award and for T.R.O. and Preliminary Injunction (Dkt. No. 1, the "Petition") is ALLOWED in part and DENIED in part.

Pursuant to 9 U.S.C. §207:

    a) Item 1 of the October 16, 2020 Final Award in <u>AOP Orphan Pharmaceuticals (Austria) v. PharmaEssentia Corporation (Taiwan R.O.C.)</u>, ICC Arbitration Case No. 23526/FS (the "Award"), stating that "[t]he License Agreement and the Manufacture Agreement between [AOP] and [PEC] are in effect and [PEC's]

purported terminations thereof produced no legal effect," is CONFIRMED.

    b)    Item 2 of the Award, stating that "[PEC] is hereby ordered to pay to [AOP] EUR 142,221,201 plus interest at a rate of 5% above the base interest rate from 14 August 2019 until receipt by [AOP] of this amount in full, payable on an annual basis," is NOT CONFIRMED.

    c)    Item 3 of the Award, stating that "[PEC] is hereby ordered to pay to [AOP] EUR 1,353,976.63 as of the date of the present award," is NOT CONFIRMED.

    d)    Item 4 of the Award, stating that "[a]ll other requests, to the extent they are not without object, are denied," is CONFIRMED.

2. AOP's requests for other relief in the Petition, its motion for equitable attachment, see Dkt. No. 19, and its motion for recognition and enforcement, final judgment, and restoration of its motion for equitable attachment, see Dkt. No. 118, are DENIED.

3. The parties shall order an expedited transcript of the March 15, 2022 hearing.

                                       /s/ Mark L. Wolf
                                  UNITED STATES DISTRICT JUDGE